UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ALDEN BELLOW, ET AL | DOCKET NO.: 6:16-CV-00614 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SABINE PASS LNG, LP, ET AL | MAG. JUDGE: CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATE DISCLOSURE STATEMENT OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

NOW INTO COURT, through undersigned counsel, comes Defendant, National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC"), who avers as follows:

1.

National Union Fire Insurance Company of Pittsburgh, PA is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty, Inc., which is a wholly-owned (100%) subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

WHEREFORE, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA prays that the foregoing Corporate Disclosure Statement be deemed good and sufficient and in compliance with the Federal Rules of Civil Procedure, Rule 7.1.

        Respectfully submitted,

        PREIS PLC
        (A Professional Law Corporation)

BY:   */s/ Edwin G. Preis, Jr.*
        EDWIN G. PREIS, JR. (#10703)
        102 Versailles Boulevard, Suite 400
        Post Office Drawer 94-C
        Lafayette, Louisiana 70509
        Telephone: 337.237.6062
        epreis@preisplc.com

*Counsel for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that on this 25th day of August, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        */s/ Edwin G. Preis, Jr.*
        EDWIN G. PREIS, JR.